W. E. BRUMLEY v. STATE.

No. A-1094.   Opinion Filed March 19, 1912.

Appeal from District Court, Choctaw County; Jas. R. Armstrong, Judge.

George W. Richardson, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

On the 21st day of October, 1910, judgment was pronounced against appellant for the offense of manslaughter in the first degree and his punishment was assessed at confinement for twenty-one years in the state penitentiary. Appealed.   Affirmed.

Judge Armstrong, having presided at the trial in the court below, did not participate in the determination of this case.

JOE C. SMITH v. STATE.

No. A-1112.   Opinion Filed March 19, 1912.

Appeal from District Court, Okmulgee County; W. L. Barnum, Judge.

Barclay Morgan and W. E. Foster, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

Appellant was convicted of larceny of domestic animals and was sentenced to three years' imprisonment in the penitentiary.   Appealed. Affirmed.

ED POWELL et al. v. STATE.

No. A-1117.   Opinion Filed March 19, 1912.

Appeal from Carter County Court; M. F. Winfrey, Judge.

R. F. Turner for appellants.

Smith C. Matson, Asst. Atty. Gen., for the State.

On the 23rd day of February, 1911, judgment was rendered against appellants Ed Powell, Allie Pettis and Bill Price for the crime of maliciously killing live stock, and each of them was sentenced to a term of ninety days' imprisonment in the county jail and to pay a fine of four hundred dollars.   Appealed.   Affirmed.

CHARLEY CRAWFORD v. STATE.

No. A-987.   Opinion Filed March 19, 1912.

Appeal from District Court, Johnston County; A. T. West, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

On the 30th day of June, 1910, judgment was rendered against appellant in the district court of Johnston county for the crime of burglary and he was sentenced to three years' imprisonment.   Appealed.   Affirmed.

FURMAN, P. J.   In each of the above-numbered and entitled cases, towit:   J. M. Shay v. State, No. A-1082; W. H. Brumley v. State, No. A-1094; Joe C. Smith v. State, No. A-1112; Ed Powell, Allie Pettis and Bill Price v. State, No. A-1117, and Charley Crawford v. State, No. A-987, no appearance has been made in this court in behalf of either of the appellants, either by brief or oral argument.   Upon an examination of the records in these cases we fail to find any fundamental errors and the testimony in each case amply supports the verdict.   The judgment in each of the above named cases is therefore affirmed. .

DOYLE, J., concurs.